AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

GEORGE GOODRITZ
*Plaintiff*

v.

PHILADELPHIA SANSOM, L.P. and SP PLUS CORPORATION
*Defendant*

Civil Action No. 17-2383

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PHILADELPHIA SANSOM, L.P.
c/o CORPORATION SERVICE COMPANY
2595 INTERSTATE DRIVE, SUITE 103
HARRISBURG, PA 17110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

FRANKLIN J. ROOKS, JR., ESQ.
525 ROUTE 73 NORTH, STE. 104
MARLTON, NJ 08053

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/25/17

*PATRICIA A. JONES*, Deputy Clerk

143285

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 17-2383

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Philadelphia Sansom, L.P. c/o Corporation Service Co.

was received by me on *(date)* 6/6/2017.

☐ I personally served the summons on the individual at *(place)* ______________________________ on *(date)* ______________________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________________, a person of suitable age and discretion who resides there, on *(date)* ______________________________, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kelvin Klemn (Customer Service), who is designated by law to accept service of process on behalf of *(name of organization)* Philadelphia Sansom, L.P. c/o Corporation Service Co. on *(date)* 6/7/2017; or

☐ I returned the summons unexecuted because ______________________________; or

☐ Other *(specify)*: ______________________________

My fees are $__________ for travel and $__________ for services, for a total of $__________.

I declare under penalty of perjury that this information is true.

Date: 6-7-17

[signature]

*Server's signature*

Richard Ehrlich-Process Server

*Printed name and title*

*Server's address*

Dennis Richman's Services
1500 JFK Blvd., Suite 1706
Philadelphia, PA 19102

Additional information regarding attempted service, etc: